UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISON
FILE NO. 2:12-CR-6-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WALTER CORDON, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, it is hereby ORDERED that the motion to seal proposed sealed document Docket Entry #30 in the above cases is GRANTED.

This the ___ day of October, 2012.

THE HONORABLE TERRENCE W. BOYLE
United States District Judge
Eastern District of North Carolina